IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: September 27, 2010



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

CHERISSE L. RODRIQUEZ,

Debtor(s).

Case No. 10-34729

Chapter 7

### ORDER TO SHOW CAUSE

Dawn M. Gomez Bess, the bankruptcy petition preparer in the above-captioned case having assisted the debtor in preparing the documents necessary to commence the Chapter 7 proceeding,

IT IS ORDERED that Ms. Gomez Bess and the Debtor shall appear before the Honorable Margaret Dee McGarity on October 18, 2010, at 1:00 p.m., in Room 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, to show cause (1) why the case should not be dismissed for failure to sign the bankruptcy schedules, (2) why fees should not be disgorged for failure to provide adequate services to the debtor; and (3) why further sanctions should not be imposed.

# # #