October 14, 2010

To: Honorable Margaret Dee MCGarity

Re: Order To Show Cause

Case # 10-34729 Chapter 7

Cherisse Rodriquez

I Dawn M. Gomez Bess are respectfully requesting the hearing you have ordered me to appear at October 18, 2010 be a telephonic hearing.

I am requesting this of you for the reason being, my brother and myself have been taking turns going to and from Arizona to get take care of my mother, who is being prepared to move back here to Wisconsin permanently for health reasons.

I never know one day from the next if I have to go to Arizona. A Telephonic hearing would be best for me if at all possible, this way I can for sure make the hearing because I will use my cell phone for the hearing which is kept on me at all times.

I also would like the courts to know I have decided it is in my best interest to step down from being a Bankruptcy Petition Preparer any furthur at this time.

I have decided going to school full time to finish my education in Law is what is best for me . As well as caring for my mother when she arrives here in Wisconsin to live with me. Both of these will be a full time job for me and I feel I do not have time to be a Bankruptcy Petition Preparer at this time. My Education and my mother are more important to me.

As for Cherisse Rodriquez, I can not even try to explain how or why the signatures were not on the paper work other than just plain out right forgetfullness . Which I believe was caused by me being over worked and going to school and the worry of my mothers health.

I take full responsibility for my actions concerning Cherisse Rodriquez papers not being signed .

1

I sincerely apologize for any inconvenience this may have caused any and all parties involved. As I have stated I am stepping down from being a Bankrupty petition preparer as of today Oct 14, 2010 and will not prepare Bankruptcy papers until my education is complete.

Today Oct 14, 2010 I Dawn M. Gomez Bess have sold everything that has to do with my Bankruptcy Petition Preparation Business . I Am no longer in Business and I have turned over all the rest of my files to the person who has purchased my Business.

I would really Appriciate a telephonic hearing if at all possible.

Because of my office not having a mail box and me being in and out of town and not at my office to receive my mail, I just received this letter reguarding this matter today Oct 14, 2010 from my postal worker.

I hope the information I have provided you, will be helpfull in your decision making.

Respectfully

Dawn M. Gomez Bess

414-292-5594

2

IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: September 27, 2010



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

CHERISSE L. RODRIQUEZ,

Debtor(s).

Case No. 10-34729

Chapter 7

### ORDER TO SHOW CAUSE

Dawn M. Gomez Bess, the bankruptcy petition preparer in the above-captioned case having assisted the debtor in preparing the documents necessary to commence the Chapter 7 proceeding,

IT IS ORDERED that Ms. Gomez Bess and the Debtor shall appear before the Honorable Margaret Dee McGarity on October 18, 2010, at 1:00 p.m., in Room 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, to show cause (1) why the case should not be dismissed for failure to sign the bankruptcy schedules, (2) why fees should not be disgorged for failure to provide adequate services to the debtor; and (3) why further sanctions should not be imposed.

###